IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Chemoil Middle East DMCC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Gulf Marine Management S.A., | ) | C.A. No. |
| | ) | |
| and | ) | |
| | ) | |
| Chloe Navigation Ltd. | ) | |
| | ) | **IN ADMIRALTY** |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Tesoro Charters LTD, | ) | |
| | ) | |
| Tesoro Corporation, | ) | |
| | ) | |
| Tesoro Crude Oil Company, | ) | |
| | ) | |
| Tesoro Far East Maritime Company, | ) | |
| | ) | |
| Tesoro Logistics GP, LLC | ) | |
| | ) | |
| Tesoro Refining & Marketing Company, LLC, | ) | |
| | ) | |
| Tesoro Gasoline Marketing Company, | ) | |
| | ) | |
| Tesoro Refining, Marketing & Supply Company, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Transmarine Navigation Corporation, | ) | |
| | ) | |
| Garnishees. | | |

**FRCP RULE 7.1 DISCLOSURE STATEMENT**

Plaintiff Chemoil Middle East DMCC is not a publicly traded company and no publicly held corporation owns 10% or more of its stock.

01:16190561.1

Dated: October 24, 2014.

        YOUNG CONAWAY STARGATT & TAYLOR LLP

        */s/ Timothy Jay Houseal*
        Timothy Jay Houseal (Del. Bar ID No. 2880)
        William E. Gamgort
        Rodney Square
        1000 North King Street
        Wilmington, DE 19801
        (302) 571-3267
        thouseal@ycst.com
        wgamgort@ycst.com

**OF COUNSEL**
J. Stephen Simms
John T. Ward
Marios J. Monopolis
Simms Showers LLP
20 South Charles Street, Suite 702
Baltimore, Maryland 21201
(410) 783-5795
jssimms@simmsshowers.com
jtward@simmsshowers.com
mjmonopolis@simmsshowers.com