## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Chemoil Middle East DMCC,      )
                                 )

     Plaintiff,          )
                                 )

v.                           )
                                 )

Gulf Marine Management S.A.,     )  C.A. No.
                                 )

and                         )
                                 )

Chloe Navigation Ltd.         )
                               )  **IN ADMIRALTY**

     Defendants,       )
                                 )

and                         )
                                 )

Tesoro Charters LTD,         )
                                 )

Tesoro Corporation,          )
                                 )

Tesoro Crude Oil Company,     )
                                 )

Tesoro Far East Maritime Company,  )
                                 )

Tesoro Logistics GP, LLC      )
                                 )

Tesoro Refining & Marketing Company, LLC, )
                                 )

Tesoro Gasoline Marketing Company,  )
                                 )

Tesoro Refining, Marketing & Supply Company, )
                                 )

and                         )
                                 )

Transmarine Navigation Corporation,  )
                                 )

     Garnishees.

## WRIT FOR MARITIME ATTACHMENT AND GARNISHMENT

### TO Garnishee: Tesoro Charters LTD

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: THE UNITED STATES MARSHAL FOR THE DISTRICT OF DELAWARE.

GREETING:

WHEREAS, on October 24, 2014, Plaintiff filed a Verified Complaint against Defendant Gulf Marine Management SA for reasons in said complaint mentioned for the sum of at least USD $1,699,204.65, plus interest, costs and attorneys' fees (herein, the "Garnishment Amount") as demanded for the use of certain chassis, and praying for process of maritime attachment and garnishment against the property of said Defendant; and

WHEREAS, this process is issued pursuant to such prayer and requires that Garnishee shall serve Garnishee's answer within twenty-one (21) days after service of process upon the Garnishee and requires that Defendant shall serve his answer within thirty (30) days after process has been executed, whether by attachment of property or service on the Garnishee,

NOW, THEREFORE, you are hereby commanded that if the said Defendant cannot be found within the District, you attach goods, chattels, credits and effects located and to be found in this District belonging to Defendant, or in the hands of the Garnishee named, up to the Garnishment Amount and as further demanded in the Verified Complaint and how you shall have executed this process, make known to this Court with your certificate of execution thereof written.

WITNESS THE HONORABLE
Judge of said Court, in said District,
this _____ day of October 2014.

John A. Cerino, CLERK


BY: _____
Deputy Clerk

NOTE: This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.