<div style="text-align:center">

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

</div>

| | |
|---|---|
| Chemoil Middle East DMCC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 14-1342 |
| v. | ) |
| | ) |
| Gulf Marine Management S.A., *et al.* | ) **IN ADMIRALTY** |
| | ) |
| Defendants and Garnishees. | ) |

<div style="text-align:center">

**APPLICATION FOR ISSUANCE OF SUPPLEMENTAL
PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

</div>

**TO THE CLERK:**

Plaintiff Chemoil Middle East DMCC requests, pursuant to this Court's October 24, 2014 Order Directing Clerk to Issue Process of Maritime Attachment and Garnishment [Dkt. No. 8], that the Clerk issue supplemental process.

The Court's October 24, 2014 provides in relevant part as follows: "… supplemental or further writs of maritime attachment and garnishment may be issued by the Clerk upon application without further Order of the Court." [Dkt. No. 8 at 2].

Plaintiff, therefore, requests the Clerk to issue a Supplemental Rule B Writ of Maritime Attachment and Garnishment upon Tesoro Panama Company, S.A.

<div style="margin-left:40%">

YOUNG CONAWAY STARGATT & TAYLOR LLP

/s/ Timothy Jay Houseal
Timothy Jay Houseal (Del. Bar ID No. 2880)
William E. Gamgort (Del Bar ID No. 5011)
Rodney Square, 1000 North King Street
Wilmington, DE 19801
(302) 571-6682
thouseal@ycst.com

</div>

**OF COUNSEL**
J. Stephen Simms
Simms Showers LLP
20 South Charles Street, Suite 702
Baltimore, Maryland 21201
jssimms@simmsshowers.com

Dated: October 27, 2014